# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>JAMES GORDON MEEK<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 1:23-MJ-32 _____

**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 28, 2020 _____ in the city/county of _____ Fairfax _____ in the _____ Eastern _____ District of _____ Virginia _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 2252(a)(1). | Transportation of child pornography |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

[✓] Continued on the attached sheet.

Reviewed by AUSA/SAUSA

_____ AUSA Zoe Bedell _____
*Printed name and title*

*Complainant's signature*

_____ FBI Special Agent Tonya Sturgill Griffith _____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____ telephone _____ *(specify reliable electronic means).*

Date: _____ 01/31/2023 _____

Lindsey Vaala   Digitally signed by Lindsey Vaala
Date: 2023.01.31 15:05:41 -05'00'

*Judge's signature*

City and state: _____ Alexandria, Virginia _____

The Honorable Lindsey R., Vaala, U.S. Magistrate Judge
*Printed name and title*