JS 45 (01/2008)                                **REDACTED**

Criminal Case Cover Sheet                                                                U.S. District Court

**Place of Offense:**           Under Seal: Yes _X_ No ____    Judge Assigned: Lindsey R. Vaala
City _____             Superseding Indictment _____  Criminal Number: _____
County/Parish Fairfax           Same Defendant _____          New Defendant _X_
                                Magistrate Judge Case Number 1:23-MJ-32   Arraignment Date: _____
                                Search Warrant Case Number _____
                                R 20/R 40 from District of _____
                                Related Case Name and No: _____

Defendant Information:
**Juvenile** --Yes ___ No _X_ **FBI #** _____
**Defendant Name:** James Gordon Meek    Alias Name(s) _____
**Address:** McLean, VA 22101
**Employment:** _____
**Birth date** 1969   **SS#** 0566   **Sex** M  Def Race White   Nationality _____   Place of Birth _____
**Height** 6'7"   **Weight** 340   **Hair** Brown   Eyes Hazel   Scars/Tattoos _____
   **Interpreter:** _X_ No   ___ Yes  List language and/or dialect: _____   Automobile Description _____

Location Status:
Arrest Date _____
___ Already in Federal Custody as of _____ in _____
___ Already in State Custody    ___ On Pretrial Release    _X_ Not in Custody
_X_ Arrest Warrant Requested    ___ Fugitive               ___ Summons Requested
___ Arrest Warrant Pending      ___ Detention Sought       ___ Bond

Defense Counsel Information:
Name: Burnham & Gorokhov PLLC    ___ Court Appointed    Counsel conflicted out: _____
Address: 1424 K Street, Suite 500, Washington, DC 20005   _X_ Retained
Telephone: 202-386-6920          ___ Public Defender     Federal Public Defender's Office conflicted out:

U.S. Attorney Information:
SAUSA Zoe Bedell    Telephone No: 703-299-3700    Bar # _____
Complainant Agency, Address & Phone Number or Person & Title:
Tonya Sturgill Griffith, Special Agent, FBI

U.S.C. Citations:

| | **Code/Section** | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252(a)(1) | Transported child pornography | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

**Date:** January 31, 2023    Signature of AUSA: /s/