AO 442 (Rev. 01/09) Arrest Warrant

FILED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>JAMES GORDON MEEK<br><br>*Defendant* | )<br>)<br>) Case No. 1:23-MJ-32<br>)<br>) **UNDER SEAL**<br>) |

2023 FEB -1  A 11:45

2023 JAN 31  PM 3:47

EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

RECEIVED UNITED STATES MARSHAL

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   JAMES GORDON MEEK,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Transportation of child pornography, in violation of 18 U.S.C. § 2252(a)(1).

Date: 01/31/2023

*Lindsey Vaala*
Digitally signed by Lindsey Vaala
Date: 2023.01.31 15:04:24 -05'00'

*Issuing officer's signature*

City and state:   Alexandria, Virginia

The Honorable Lindsey R. Vaala, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1/31/2023, and the person was arrested on *(date)* 1/31/2023
at *(city and state)* _____.

Date: 2/1/2023

*Arresting officer's signature*

Tonya Sturgill Griffith / SA
*Printed name and title*