TYPE OF HEARING: RULE 5-
CASE NUMBER: 1:23-mj-32
MAGISTRATE JUDGE: Lindsey R. Vaala
DATE: 2-1-2023
TIME: 2:00 PM
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

JAMES GORDON MEEK

GOVT. ATTY: WHITNEY KRAMER / ZOE BEDELL

DEFT'S ATTY: EUGENE GOROKHOV

DUTY AFPD: _____

INTERPRETER/LANGUAGE _____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (✓)
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL ( ) FPD ( ) CJA ( ) Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. (✓)

GOV'T ADDUCED EVIDENCE AND REST. AFFIDAVIT ENTERED INTO EVIDENCE AS GOV'T EXHIBIT #1. COURT FINDS PC. MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY.

BOND

GOV'T SEEKING DETENTION AND ARGUES FOR DETENTION. DEFT ARGUES FOR RELEASE WITH CONDITIONS (DEFT. EXHIBITS 1,2,3,4,5 AND 6 ADMITTED.) - GRANTED. DEFT. REMANDED TO CUSTODY OF USMS UNTIL ALL CONDITIONS ARE MET.

GOV'T MOTION TO STAY RELEASE AND APPEAL MATTER TO THE DISTRICT JUDGE - GRANTED.