AO 199A (Rev. 6/97) Order Setting Conditions of Release — Page 1 of 5 Pages



# UNITED STATES DISTRICT COURT

_Eastern_ District of _Virginia_

United States of America

v.

**JAMES GORDON MEEK**
Defendant

## ORDER SETTING CONDITIONS OF RELEASE

Case Number: **1:23-mj-32**

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) __United States District Court__
__401 Courthouse Sq., Alexandria, VA__ on __As Directed__
Place / Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

(✓) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(  ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of
_____ dollars ($_____)
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICES   U.S. ATTORNEY   U.S. MARSHAL

AO 199B (Rev. 10/20) Additional Conditions of Release         Page 2 of 5 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(☑) (6) The defendant is placed in the custody of:
Person or organization **REED ISBELL**
Address *(only if above is an organization)* _____
City and state _____  Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____
Custodian                Date

(☑) (7) The defendant must:
(☑) (a) submit to supervision by and report for supervision to the **PRE-TRIAL SERVICES**, telephone number _____, no later than _____.
(☐) (b) continue or actively seek employment.
(☐) (c) continue or start an education program.
(☑) (d) surrender any passport to: **PRE-TRIAL SERVICES**
(☑) (e) not obtain a passport or other international travel document.
(☑) (f) abide by the following restrictions on personal association, residence, or travel: **DO NOT DEPART THE WASHINGTON DC METRO AREA WITHOUT PRIOR APPROVAL OF THE COURT OR PRETRIAL SERVICES**.
(☑) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
(☑) (h) get medical or psychiatric treatment: **SUBMIT TO MENTAL HEALTH TESTING AND/OR TREATMENT AS DIRECTED BY PRETRIAL SERVICES**
(☑) (i) ~~return to custody each~~ at ~~o'clock after being released at~~ ~~o'clock for employment, schooling, or the following purposes~~: **SECURE GUNS IN MANOR ACCEPTABLE TO PRE-TRIAL SERVICES**
(☐) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
(☑) (k) not possess a firearm, destructive device, or other weapon.
(☐) (l) not use alcohol (☐) at all (☐) excessively.
(☐) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
(☑) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
(☑) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
(☐) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
  (☐) (i) **Curfew.** You are restricted to your residence every day (☐) from _____ to _____, or (☐) as directed by the pretrial services office or supervising officer; or
  (☐) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
  (☐) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
  (☐) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
  Note: Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.
(☑) (q) submit to the following location monitoring technology and comply with its requirements as directed:

## ADDITIONAL CONDITIONS OF RELEASE

- ( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
- ( ☐ ) (ii) Voice Recognition; or
- ( ☐ ) (iii) Radio Frequency; or
- ( ☐ ) (iv) GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☐ ) (s) report as soon as possible, to the pretrial sevices or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ ) (t) RELEASE TO AND RESIDE IN THE THIRD-PARTY OF REED ISBELL AND DO NOT MOVE FROM RESIDENCE WITHOUT PRIOR APPROVAL OF THE COURT OR PRETRIAL SERVICES

u) REFRAIN FROM HAVING ANY CONTACT WITH MINORS UNDER THE AGE OF 18, UNLESS ANOTHER ADULT IS PRESENT WHO HAS BEEN APPROVED, IN ADVANCE, BY PRETRIAL SERVICES

v) SUBMIT TO AND PAY FOR HOME DETENTION, WITH ACTIVE GPS WITH TIMEOUTS AS DIRECTED BY PRETRIAL SERVICES.

(w) The defendant shall NOT access a computer and/or the internet unless a computer monitoring program has been installed by the probation office.  The defendant shall consent to the installation of computer monitoring software on any computer which the defendant has access.  Installation shall be performed by the probation officer.  The software may restrict and/or record any and all activity on the computer, including the capture of keystrokes, application information, internet use history, email correspondence, and chat conversations.  The defendant shall not remove, tamper with, reverse engineer, or in any way circumvent the software.  The cost of the monitoring will be paid by the defendant.

(x) Refrain from possessing or utilizing any video gaming system and console, phones with internet capabilities, or other such devices which would enable contact and/or sharing of data with other individuals known or unknown to the defendant; and

(y) Submit to, and pay for, sex offender evaluation and/or treatment conducted by a certified sex offender treatment provider as directed by the supervising officer and sign all appropriate release forms; and

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

_____
*City and State*          *Telephone Number*

### Directions to the United States Marshal

( ☐ ) The defendant is ORDERED released after processing.
( ☒ ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 2/1/2023

/s/
Lindsey R. Vaala
United States Magistrate Judge

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL