# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JAMES GORDON MEEK )<br>)<br>*Defendant*. )<br>) | Case No. 1:23-mj-32 |

### ORDER

This matter comes before the Court on Defendant's Emergency Motion to Vacate Stay of Release Order ("Motion to Vacate") (Dkt. No. 18). It is hereby

**ORDERED** that the Government shall file, by 10:00 AM EST on February 3, 2023, a brief in response to Defendant's Motion to Vacate.

**ENTERED** this 2nd day of February, 2023.

/s/ *LRV*
Lindsey Robinson Vaala
United States Magistrate Judge

Alexandria, Virginia