# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA, )
)
v. ) Case No. 23MJ32
)
JAMES MEEK, )
)
Defendant )

## SEALED ORDER

This matter comes before the Court on Mr. Meek's motion to seal the motion relating to his medications. Finding that the motion contains confidential health information, the Court hereby GRANTS the motion to seal.

Entered this day February 2, 2023

/s/ LRV
Lindsey Robinson Vaala
United States Magistrate Judge

/s/
Lindsey Robinson Vaala
United States Magistrate Judge