February 02, 2023

Dear Judge Alston,

Your Honor,  My name is Doug Kimme and I am writing this letter on behalf of Mr.
James Gordon Meek.
I'm a veteran of the U.S. Air Force Special Operations and a retired police officer.  I
worked for the Honolulu Police Dept. for 7 yrs. and I retired from the Champaign IL
Police Dept. after working there for 19 yrs.
During my time as a Police Officer, I primarily worked the street. My duties also
included serving as a firearms-tactical instructor and an Armorer for the Dept. I've been
decorated twice for life saving. Once for a female who had overdosed and another for
treating one of our officer's after she was shot in the chest when we were ambushed in a
park. I've received several Commendations while working for Honolulu P.D. and for
Champaign P.D.

During my time as a Police Officer, I had to deal with a multitude of personalities and
problems.  Victims and liars.  Good People to murders. I was able to develop a good
sense of judgment of people during my investigations and by watching their body
language.

From the last 13 yrs. of knowing Mr. Meek I learning early that I could trust him as he
investigated and wrote his stories as a journalist for the New York Daily News,
concerning the death of my son, U.S. Army PFC Danny Kimme, who was KIA in Iraq.
Two other soldiers were also KIA during the same engagement.

Last August, I learned that Mr. Meek was in some type of legal trouble but nothing more
than that. Within the last 24 hrs, I learned of the Charges he is facing. I also understand
that Mr. Meek is in custody at this time pending trail.

Sir, if at all possible, could Mr. Meek be released pending his trial ?  I have doubts that
Mr. Meek would be a flight risk. Especially since he has not fled to avoid arrest during
the last 5 months.
I also strongly believe Mr. Meek would comply with any and all Court directives and
orders as a condition of his pretrial release.

Sincerely,

Doug Kimme
Fisher IL.