MEMORANDUM FOR THE COURT

    SUBJ: James Meek

Permit me to introduce myself. My name is Marion Bowman, but everyone calls me Spike. I am a retired Navy Captain. For most of my career I was a judge advocate but, before the Navy sent me for the first of my law degrees, I was an intelligence officer. I mention that because my career has been unusual - most of my 41 years of Government service has been spent in intelligence or using the law to support intelligence and covert operations or unconventional warfare.

In addition to my Naval service, I am retired from the Senior Executive Service of the Federal Bureau of Investigation (FBI) and from the Senior National Intelligence Service of the Director of National Intelligence (DNI). Along the way I spent 16 years teaching graduate school at The George Washington University (GWU).

I'm not sure exactly when I met James, but it was likely around 1996 or 1997, not long after I had retired from the Navy and soon after I had been recruited by the FBI. My task at the FBI had been to build a National Security Law Program within the Bureau to focus on splashy issues like terrorism and espionage, but also more mundane issues related to the national security such as industrial espionage, certain export controls and even support of the FBI to other agencies or support of other agencies to the FBI. My military background, tour of duty at the National Security Agency (NSA) and prosecution of several notorious spies whose perfidy directly affected most agencies, made me a logical lynchpin during a time when agencies did not trust each other.

During my 11 years at the FBI, I was constantly sought out for information relating to my work. I came into almost daily contact with reporters, authors, and persons responsible for programs for which I was asked to contribute/speak, both in the United States and abroad. I was very cautious in those days because many tried to pry out of me information that necessarily had to be kept confidential. There were few that I really trusted, but James Meek was one. As with others, I was cautious with James at first, but it soon became clear to me that he not only could be trusted to be honest but that he only wanted to do as most journalists used to do – report only what was newsworthy and only with the facts that could be corroborated.

After retiring from the FBI, I had a brief stint at the National War College before being recruited by the DNI to become the Deputy National Counterintelligence Executive. My work in that capacity was not nearly so beckoning to journalists but James and I remained in contact – more as friends than as reporter and source. We've had lunch a few times. We met up occasionally at conferences where I would be speaking. I can't say that James and I were ever BFFs (Best Friends Forever) but we were and are friends still. It may be worth mentioning that during my last years of Government service I was one of 9 individuals charged with oversight of all Intelligence Community (IC) special operations programs.

You can appreciate that, with the positions I've held, people with integrity were important to me. And it is the rare journalist/reporter who I trusted. I can count on one hand those that I did trust, not only because of honest reporting, but because they would keep their word. I write this today because James was one of the fingers on my hand.

I know very little of what brings James to this Court. What I do know is disappointing to me, but it does not destroy my faith in James moving forward. The James I know can be trusted to keep his word. I

know he will accept judgment, but I've tried literally hundreds of cases in my years, and I know it is common for a judge to ask something of the person before him.  If that should be the case here, James will do whatever is asked of him. He will keep his word.


M.E. Bowman

CAPT USN (ret.)
SES, FBI (ret.)
SNIS, DNI (ret.)
Faculty, GWU (ret.)
Distinguished Fellow, National Security Program, U.Va.